1  Horace W. Green (SBN 115699)
   GREEN & HUMBERT
2  220 Montgomery Street, Suite 438
   San Francisco, California  94104
3  Telephone:  (415) 837-5433
   Facsimile:   (415) 837-0127
4
   Attorneys for Defendants
5  THE CHARLES SCHWAB DISABILITY PLAN
   erroneously sued as THE CHARLES SCHWAB
6  LONG TERM DISABILITY PLAN and
   UNUM LIFE INSURANCE COMPANY OF
7  AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DEDIEMAR, ) | Case No. C 07-02982 VRW |
| Plaintiff, ) | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. ) | **(Local Rule 3-16)** |
| THE CHARLES SCHWAB LONG TERM DISABILITY PLAN, ) | |
| Defendants. ) | |

Pursuant to Civil L.R. 3-16, Defendants certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. The Unum Group (indirect parent of Unum Life Insurance Company of America).

2. Charles Schwab & Company, Inc. (Plan Sponsor of the Charles Schwab Disability plan, erroneously sued as the Charles Schwab Long Term Disability Plan).

1
2  DATE: June __2007                    GREEN & HUMBERT
3
4
5                                       By: **/s/ Horace W. Green**
                                            HORACE W. GREEN
                                            Attorneys for Defendants
6                                           THE CHARLES SCHWAB DISABILITY
                                            PLAN and
7                                           UNUM LIFE INSURANCE COMPANY
                                            OF AMERICA
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28