United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DEDIEMAR,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CHARLES SCHWAB LONG TERM DISABILITY PLAN, et al.,<br><br>    Defendant.<br>_____/ | No. C 07-2982 VRW<br><br>**CLERK'S NOTICE** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for September 18, 2007 has been **continued to Thursday, September 20, 2007 at 3:30 p.m.** To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: August 30, 2007

                                                FOR THE COURT,
                                                Richard W. Wieking, Clerk

                                                By: *Cora Klein*
                                                Cora Klein, Courtroom Deputy Clerk to
                                                Chief Judge Vaughn Walker