UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : October 25, 2007

**C07-2982 VRW   Brian Dediemar   v   The Charles Schwab Long Term Disability Plan, UNUM Life Insurance Co.**

Attorneys : For Plaintiff(s):   Laurence Padway

For Defendant(s):   Horace Green

Deputy Clerk: Cora Klein                           Reporter: not reported

PROCEEDINGS:

Initial Case Management Conference - Held

SCHEDULE:

MOTIONS HEARING: 3/13/2008 @ 2:30 p.m. - Motion for Summary Judgment and Motion re Administrative Record.