Laurence F. Padway (SBN 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile:  (510) 814-0650

Attorneys for Plaintiff
BRIAN DEDIEMAR


Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendant
THE CHARLES SCHWAB DISABILITY PLAN,
erroneously sued as THE CHARLES SCHWAB
LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DEDIEMAR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE CHARLES SCHWAB LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | Case No. C 07-02982 VRW<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff BRIAN DEDIEMAR and Defendant THE CHARLES SCHWAB LONG TERM DISABILITY PLAN, by and through their respective counsel of record, hereby stipulate that this matter be dismissed in its entirety, with prejudice, each party to bear its own costs of suit and attorney's fees.

DATE: February 8, 2008

LAW OFFICE OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY

Attorneys for Plaintiff
BRIAN DEDIEMAR

DATE: February 8, 2008

GREEN & HUMBERT

By: /s/ Horace W. Green
HORACE W. GREEN

Attorneys for Defendant
CHARLES SCHWAB DISABILITY PLAN

**ORDER**

IT IS SO ORDERED.

DATED:

_____
VAUGHN R. WALKER
United States District Judge