1  Laurence F. Padway (SBN 89314)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak, Suite 109
   Alameda, California 94501
3  Telephone: (510) 814-6100
   Facsimile:  (510) 814-0650
4
   Attorneys for Plaintiff
5  BRIAN DEDIEMAR

6

7  Horace W. Green (SBN 115699)
   GREEN & HUMBERT
8  220 Montgomery Street, Suite 438
   San Francisco, California  94104
9  Telephone: (415) 837-5433
   Facsimile:  (415) 837-0127

10 Attorneys for Defendant
   THE CHARLES SCHWAB DISABILITY PLAN,
11 erroneously sued as THE CHARLES SCHWAB
   LONG TERM DISABILITY PLAN
12

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 BRIAN DEDIEMAR,                       )   Case No. C 07-02982 VRW
                                         )
18          Plaintiff,                   )   **STIPULATION AND ORDER OF**
                                         )   **DISMISSAL**
19     vs.                               )
                                         )
20 THE CHARLES SCHWAB LONG TERM          )
   DISABILITY PLAN,                      )
21                                       )
            Defendant.                   )
22                                       )
                                         )
23 _____   )

24

25

26

27

28

1  Plaintiff BRIAN DEDIEMAR and Defendant THE CHARLES SCHWAB LONG
2  TERM DISABILITY PLAN, by and through their respective counsel of record, hereby
3  stipulate that this matter be dismissed in its entirety, with prejudice, each party to bear its
4  own costs of suit and attorney's fees.

DATE: February 8, 2008            LAW OFFICE OF LAURENCE F. PADWAY

                                  By: /s/ Laurence F. Padway
                                      LAURENCE F. PADWAY

                                  Attorneys for Plaintiff
                                  BRIAN DEDIEMAR

DATE: February 8, 2008            GREEN & HUMBERT

                                  By: /s/ Horace W. Green
                                      HORACE W. GREEN

                                  Attorneys for Defendant
                                  CHARLES SCHWAB DISABILITY
                                  PLAN

**ORDER**

IT IS SO ORDERED.

DATED: February 12, 2008



IT IS SO ORDERED
Judge Vaughn R Walker

Stipulation and Order of Dismissal – Case No. C 07-02982 VRW                    2